UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

          Plaintiff,

    v.

NATALIE GREEN, *et al.*,

          Defendants.

Case No. C24-1088-TL

ORDER

    Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See, e.g.*, *Zayas v. Green*, C24-624-JNW; *Zayas v. Rollins*, C24-764-RSM; *Zayas v. Howard, et al.*, C24-716-KKE. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

    The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Tana Lin.

    //

ORDER - 1

Dated this 25th day of July, 2024.

*signature*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2