UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>NATALIE GREEN, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-01088-TL<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

　　　　This matter is before the Court on its own motion. On July 23, 2024, Plaintiff filed an application to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. Plaintiff's application for IFP status was granted, but U.S. Magistrate Judge Michelle L. Peterson recommended review of the proposed complaint under 28 U.S.C. § 1915(e). Dkt. No. 4. The complaint was entered on the docket on July 25, 2024. Dkt. No. 5. The Court subsequently dismissed Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e), and Plaintiff was granted leave to file an amended complaint by October 16, 2024. Dkt. No. 6.

1    Pursuant to the Court's Order of Dismissal with Leave to Amend (Dkt. No. 7), Plaintiff's
2  amended complaint was due by no later than Wednesday, October 16, 2024. Plaintiff has not
3  filed an amended complaint to date.

4    Accordingly, Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

5    Dated this 30th day of October 2024.

Tana Lin
United States District Judge